

Attorneys at Law

Shira M. Blank
t 212.351.4694
f 212.878.8600
SBlank@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

January 13, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Himelda Mendez, et al. v. J. Crew Group, Inc.*,
              Case No. 1:19-cv-11135-AT

Dear Judge Torres:

      This firm represents defendant J. Crew Group, Inc. ("J. Crew") in the above-captioned matter. We write jointly with counsel for plaintiff Himelda Mendez to respectfully request that the Court adjourn the Initial Conference, which is currently scheduled for February 4, 2020, *sine die* (with all related deadlines being similarly adjourned).

      In plaintiff's Class Action Complaint, she asserts that J. Crew has discriminated against her, and other similarly situated individuals, by failing to sell store gift cards that contain writing in Braille. On January 2, 2020, J. Crew waived service of the summons and Complaint, making its response to the Complaint due by March 2, 2020 – approximately a month after the Initial Conference. J. Crew wishes to file a motion to dismiss plaintiff's Class Action Complaint, and intends to request the Court's permission to do so after it has complied with this Court's Individual Rules which set forth prerequisites for filing such a motion. In an effort to work cooperatively, the parties have discussed J. Crew's anticipated motion, and should the Court grant permission to do so, intend to agree upon a proposed briefing schedule at the appropriate time. In light of J. Crew's anticipated motion to dismiss, the parties respectfully request that the Court adjourn the Initial Conference in the interest of judicial efficiency.

      This is the parties' first request for an adjournment of the Initial Conference (and related deadlines). The requested adjournment will not impact any other scheduled dates.

      We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Shira M. Blank*

Shira M. Blank

cc: Bradly G. Marks (via ECF)
Joshua A. Stein (via ECF)

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for February 4, 2020 is ADJOURNED to **March 19, 2020**, at **11:40 a.m.** By **March 12, 2020**, the parties shall submit their joint letter and proposed case management plan.

Dated: January 13, 2020
New York, New York

ANALISA TORRES
United States District Judge