USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY
SITUATED,

                     Plaintiff,

-against-

J. CREW GROUP, INC.,

                     Defendant.

19 Civ. 11135 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Having reviewed the parties' letters dated February 11 and 14, 2020, ECF Nos. 14 and 16, it is hereby ORDERED that:

1. By **March 17, 2020**, Defendant shall file its motion to dismiss;
2. By **April 7, 2020**, Plaintiff shall file his opposition; and
3. By **April 21, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge